**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

PETER T. DALLEO
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

February 14, 2006

Jack B. Blumenfeld, Esq.
Morris Nichols Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

Re: C.R. Bard v. U.S. Surgical, C.A. No. 99-286

Dear Mr. Blumenfeld,

    I am returning to you plaintiff C.R. Bard's trial exhibits consisting of 1 box of materials. Please acknowledge receipt of said exhibits on the copy of this letter.

Sincerely,

**Peter T. Dalleo**
Clerk of the Court

I hereby acknowledge receipt of the above exhibits on February 14, 2006.

*Signature*

/ntl