CLOSED, PATENT

# U.S. District Court
## District of Delaware (Wilmington)
### CIVIL DOCKET FOR CASE #: 1:99-cv-00286-KAJ
### Internal Use Only

| | |
|---|---|
| C.R. Bard Inc., et al v. U S Surgical Corp. | Date Filed: 05/07/1999 |
| Assigned to: Honorable Kent A. Jordan | Jury Demand: Defendant |
| Demand: $0 | Nature of Suit: 830 Patent |
| Cause: 28:1338 Patent Infringement | Jurisdiction: Federal Question |

**Plaintiff**

C.R. Bard Inc.      represented by    **Jack B. Blumenfeld**
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
Email: jbbefiling@mnat.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Davol Inc.      represented by    **Jack B. Blumenfeld**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

United States Surgical Corporation      represented by    **Andre G. Bouchard**
Bouchard, Margules & Friedlander, P.A.
222 Delaware Avenue
Suite 1400
Wilmington, DE 19801
(302) 573-3500
Email: abouchard@bmf-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

United States Surgical Corporation      represented by    **Andre G. Bouchard**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

| C.R. Bard Inc. | represented by | **Jack B. Blumenfeld** |
| | | (See above for address) |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

**Counter Defendant**

| Davol Inc. | represented by | **Jack B. Blumenfeld** |
| | | (See above for address) |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 05/07/1999 | 1 | COMPLAINT filed; Mag consent notice to pltf. FILING FEE $ 150.00 RECEIPT # 125717 (dab) (Entered: 05/07/1999) |
| 05/07/1999 | | SUMMONS(ES) issued for U S Surgical Corp. (dab) (Entered: 05/07/1999) |
| 05/07/1999 | 2 | Report to Commissioner of Patents and Trademarks. RE: 5,356,432 Exit original. (dab) Modified on 05/12/1999 (Entered: 05/07/1999) |
| 05/10/1999 | 3 | RETURN OF SERVICE executed as to U S Surgical Corp. 5/10/99 Answer due on 6/1/99 for U S Surgical Corp. (ds) (Entered: 05/10/1999) |
| 05/19/1999 | 4 | CASE assigned to Judge Roderick R. McKelvie . Notice to all parties. (ntl) (Entered: 05/19/1999) |
| 05/21/1999 | 5 | NOTICE of attorney appearance for U S Surgical Corp. by Andre G. Bouchard (ntl) (Entered: 05/21/1999) |
| 05/21/1999 | 6 | MOTION by U S Surgical Corp. with Proposed Order for Michael R. Graif, Esq. to Appear Pro Hac Vice (ntl) (Entered: 05/21/1999) |
| 05/21/1999 | 7 | MOTION by U S Surgical Corp. with Proposed Order for Eric J. Lobenfeld, Esq. to Appear Pro Hac Vice (ntl) (Entered: 05/21/1999) |
| 05/21/1999 | 8 | MOTION by U S Surgical Corp. with Proposed Order for Michael S. Lemley, Esq. to Appear Pro Hac Vice (ntl) (Entered: 05/21/1999) |
| 05/24/1999 | | So Ordered granting [6-1] motion for Michael R. Graif, Esq. to Appear Pro Hac Vice granting [7-1] motion for Eric J. Lobenfeld, Esq. to Appear Pro Hac Vice granting [8-1] motion for Michael S. Lemley, Esq. to Appear Pro Hac Vice ( signed by Judge Roderick R. McKelvie ) Notice to all parties. (ntl) (Entered: 05/24/1999) |
| 05/24/1999 | 9 | Letter from Judge McKelvie to counsel encl. draft proposed scheduling order and protective order. (ntl) (Entered: 05/25/1999) |

| | | | |
|---|---|---|---|
| | | | (Entered: 11/08/1999) |
| 11/15/1999 | | 35 | Letter from Maryellen Noreika, Esq. to Judge McKelvie re submission of videotape. (ntl) (Entered: 11/16/1999) |
| 11/16/1999 | | 36 | Letter dated 11/15/99 from Maryellen Noreika, Esq. to Judge McKelvie encl. copy of letter dated 11/15/99 from Michael Graif, Esq. to Claire Laporte, Esq. (ntl) (Entered: 11/16/1999) |
| 11/16/1999 | | 37 | Letter STATUS REPORT by C.R. Bard Inc., Davol Inc. (ntl) (Entered: 11/17/1999) |
| 11/16/1999 | | 38 | Letter STATUS REPORT by U S Surgical Corp. (ntl) (Entered: 11/17/1999) |
| 11/16/1999 | | 39 | Videotape filed by U S Surgical Corp. {SEALED}. (ntl) (Entered: 11/17/1999) |
| 11/17/1999 | | 40 | Letter from Jack Blumenfeld, Esq. to Judge McKelvie re submission of ptfs' videotape. (ntl) (Entered: 11/17/1999) |
| 11/18/1999 | | 41 | Letter from Andre Bouchard, Esq. to Judge McKelvie re telephone conference is unnecessary for 11/23/99. (ntl) (Entered: 11/18/1999) |
| 11/22/1999 | | 42 | Response and Counterclaim by C.R. Bard Inc., Davol Inc. to dft's second amended answer and [18-2] counter claim (ntl) (Entered: 11/22/1999) |
| 12/13/1999 | | 43 | Reply by U S Surgical Corp. to ptfs' counterclaim. (ntl) (Entered: 12/13/1999) |
| 12/21/1999 | | 44 | Videotape filed by C.R. Bard Inc., Davol Inc. {SEALED}. (ntl) (Entered: 12/22/1999) |
| 12/27/1999 | | 45 | STIPULATION with proposed order re letters commenting on videotapes due 1/6/00. (ntl) (Entered: 12/28/1999) |
| 12/29/1999 | | | So Ordered granting [45-1] stipulation ( signed by Judge Roderick R. McKelvie ) Notice to all parties. (ntl) (Entered: 01/03/2000) |
| 01/06/2000 | | 46 | Letter from Andre Bouchard, Esq. to Judge McKelvie dated 1/6/00 {SEALED}. (ntl) (Entered: 01/07/2000) |
| 01/06/2000 | | 47 | Letter from Jack Blumenfeld, Esq. to Judge McKelvie dated 1/6/00 {SEALED}. (ntl) (Entered: 01/07/2000) |
| 01/24/2000 | | 48 | CERTIFICATE OF SERVICE by C.R. Bard Inc., Davol Inc. re 2nd set of interrogs. to dft. (ntl) (Entered: 01/24/2000) |
| 01/24/2000 | | 49 | CERTIFICATE OF SERVICE by C.R. Bard Inc., Davol Inc. re 2nd request for prod. of docs. and things. (ntl) (Entered: 01/24/2000) |
| 01/27/2000 | | 50 | CERTIFICATE OF SERVICE by U S Surgical Corp. re 2nd request for docs. and things (nos. 64-68), and 2nd set of interrogs. (nos. 27-42). (ntl) (Entered: 01/27/2000) |
| 02/17/2000 | | 51 | CERTIFICATE OF SERVICE by U S Surgical Corp. re 3rd request for |

| | | |
|---|---|---|
| | | infringement of claim 21 of '432 patent Answer Brief due 4/24/00 re: [63-1] motion (ntl) (Entered: 04/11/2000) |
| 04/10/2000 | 64 | Opening Brief Filed by U S Surgical Corp. [63-1] motion for Summary Judgment of noninfringement of claim 20 and no inducement of infringement of claim 21 of '432 patent {SEALED}. (ntl) (Entered: 04/11/2000) |
| 04/10/2000 | 65 | Appendix to Brief Filed by U S Surgical Corp. Appending [64-1] opening brief {SEALED}. (ntl) (Entered: 04/11/2000) |
| 04/12/2000 | | Tele-conference held; rprtr. V. Gunning (ntl) (Entered: 04/13/2000) |
| 04/14/2000 | 66 | TRANSCRIPT filed [0-0] telephone conference for dates of 4/12/00 (ntl) (Entered: 04/14/2000) |
| 04/19/2000 | 67 | CERTIFICATE OF SERVICE by C.R. Bard Inc., Davol Inc. re response to dft's 3rd set of interrogs. (no. 43); and response to dft's 3rd request for documents (nos. 77-83) and things (nos. 1-3). (ntl) (Entered: 04/20/2000) |
| 04/20/2000 | | Tele-conference held (court reporter located at deposition) (ntl) (Entered: 04/20/2000) |
| 04/20/2000 | 68 | STIPULATION with proposed order re briefing schedule on dft's motion for summary judgment (D.I. 63): answering brief due 5/2/00 and reply brief due 5/15/00. (ntl) (Entered: 04/24/2000) |
| 04/21/2000 | 69 | STIPULATED Modification to Protective Order with proposed order (ntl) (Entered: 04/24/2000) |
| 04/24/2000 | | So Ordered granting [68-1] stipulation granting [69-1] stipulation ( signed by Judge Roderick R. McKelvie ) Notice to all parties. (ntl) (Entered: 04/24/2000) |
| 04/24/2000 | | Deadline updated; reset Answer Brief Deadline to 5/2/00 re: [63-1] motion for Summary Judgment of noninfringement of claim 20 and no inducement of infringement of claim 21 of '432 patent , and set Reply Brief Deadline to 5/15/00 re: [63-1] motion for Summary Judgment of noninfringement of claim 20 and no inducement of infringement of claim 21 of '432 patent (ntl) (Entered: 04/24/2000) |
| 05/03/2000 | 70 | STIPULATION with proposed order re ptfs' response to dft's motion for summary judgment (D.I. 63) due 5/3/00; reply brief due 5/16/00. (ntl) (Entered: 05/03/2000) |
| 05/03/2000 | 71 | Answer Brief Filed by C.R. Bard Inc., Davol Inc. [63-1] motion for Summary Judgment of noninfringement of claim 20 and no inducement of infringement of claim 21 of '432 patent {SEALED}. (ntl) (Entered: 05/04/2000) |
| 05/03/2000 | 72 | Appendix to Brief Filed by C.R. Bard Inc., Davol Inc. Appending [71-1] answer brief {SEALED}. (ntl) (Entered: 05/04/2000) |
| 05/03/2000 | 73 | Declaration of Keith W. Millikan, M.D. (ntl) (Entered: 05/04/2000) |

| Date | No. | Description |
|---|---|---|
| 05/04/2000 | | So Ordered granting [70-1] stipulation ( signed by Judge Roderick R. McKelvie ) Notice to all parties. (ntl) (Entered: 05/04/2000) |
| 05/04/2000 | | Deadline updated; reset Reply Brief Deadline to 5/16/00 re: [63-1] motion for Summary Judgment of noninfringement of claim 20 and no inducement of infringement of claim 21 of '432 patent (ntl) (Entered: 05/04/2000) |
| 05/08/2000 | 74 | CORRECTED Answer Brief Filed by C.R. Bard Inc., Davol Inc. [63-1] motion for Summary Judgment of noninfringement of claim 20 and no inducement of infringement of claim 21 of '432 patent {SEALED} [replacing D.I. 71]. (ntl) (Entered: 05/09/2000) |
| 05/08/2000 | 75 | Letter from Maryellen Noreika, Esq. to Clerk re D.I. 74. (ntl) (Entered: 05/09/2000) |
| 05/10/2000 | | Tele-conference held (reporter located at deposition). (ntl) (Entered: 05/10/2000) |
| 05/16/2000 | 76 | Reply Brief Filed by U S Surgical Corp. [63-1] motion for Summary Judgment of noninfringement of claim 20 and no inducement of infringement of claim 21 of '432 patent {SEALED}. (ntl) (Entered: 05/16/2000) |
| 05/16/2000 | 77 | Appendix to Brief Filed by U S Surgical Corp. Appending [76-1] reply brief {SEALED}. (ntl) (Entered: 05/16/2000) |
| 05/16/2000 | 78 | Letter from Andre Bouchard, Esq. to Judge McKelvie re request for oral argument on pending motion for summary judgment. (ntl) (Entered: 05/16/2000) |
| 05/24/2000 | | Tele-conference held; rprtr. K. Maurer (ntl) (Entered: 05/24/2000) |
| 05/25/2000 | 79 | Steno Notes for 5/24/00; rprtr. K. Maurer (ntl) (Entered: 05/25/2000) |
| 05/26/2000 | 80 | TRANSCRIPT filed [0-0] telephone conference for dates of 5/24/00 (ntl) (Entered: 05/26/2000) |
| 05/26/2000 | 81 | Opening Brief Filed by C.R. Bard Inc., Davol Inc. re claim construction. (ntl) (Entered: 05/26/2000) |
| 05/26/2000 | 82 | Opening Brief Filed by U S Surgical Corp. re claim construction {SEALED}. (ntl) (Entered: 05/26/2000) |
| 05/26/2000 | 83 | Appendix to Brief Filed by U S Surgical Corp. Appending [82-1] opening brief {SEALED}. (ntl) (Entered: 05/26/2000) |
| 05/30/2000 | 84 | Proposed pre-trial order filed by C.R. Bard Inc., Davol Inc., U S Surgical Corp. (ntl) (Entered: 05/31/2000) |
| 05/30/2000 | 85 | Agreed Upon Proposed Jury instructions by C.R. Bard Inc., Davol Inc., U S Surgical Corp. (ntl) (Entered: 05/31/2000) |
| 05/30/2000 | 86 | Proposed Voir dire questions by C.R. Bard Inc., Davol Inc. (ntl) (Entered: 05/31/2000) |

| | | |
|---|---|---|
| 06/23/2000 | 103 | Appendix to oral argument Filed by U S Surgical Corp. re motion for summary judgment (ntl) (Entered: 06/26/2000) |
| 06/30/2000 | 104 | Supplemental Brief Filed by C.R. Bard Inc., Davol Inc. [63-1] motion for Summary Judgment of noninfringement of claim 20 and no inducement of infringement of claim 21 of '432 patent {SEALED}. (ntl) (Entered: 06/30/2000) |
| 06/30/2000 | 105 | Supplemental Brief on the doctrine of equivalents Filed by U S Surgical Corp. [63-1] motion for Summary Judgment of noninfringement of claim 20 and no inducement of infringement of claim 21 of '432 patent (ntl) (Entered: 06/30/2000) |
| 07/28/2000 | 106 | OPINION ( signed by Judge Roderick R. McKelvie ) copies to: cnsl. (ntl) (Entered: 07/28/2000) |
| 07/28/2000 | 107 | ORDER granting in part, denying in part [63-1] motion for Summary Judgment of noninfringement of claim 20 and no inducement of infringement of claim 21 of '432 patent ( signed by Judge Roderick R. McKelvie ) copies to: cnsl. (ntl) (Entered: 07/28/2000) |
| 08/01/2000 | 108 | Letter from Andre Bouchard, Esq. to Judge McKelvie re the Court's opinion dated 7/28/00. (ntl) (Entered: 08/01/2000) |
| 08/02/2000 | | Tele-conference held; rprtr. V. Gunning (ntl) (Entered: 08/03/2000) |
| 08/04/2000 | 109 | AMENDED OPINION ( signed by Judge Roderick R. McKelvie ) copies to: cnsl. (ntl) (Entered: 08/04/2000) |
| 08/04/2000 | 110 | Letter from Judge McKelvie to counsel re amended opinion (D.I. 109). (ntl) (Entered: 08/04/2000) |
| 08/07/2000 | | Tele-conference held; rprtr. K. Maurer (ntl) (Entered: 08/08/2000) |
| 08/08/2000 | 111 | Steno Notes for 8/7/00; rprtr. K. Maurer (ntl) (Entered: 08/08/2000) |
| 08/08/2000 | 112 | TRANSCRIPT filed [0-0] telephone conference for dates of 8/2/00 (ntl) (Entered: 08/08/2000) |
| 08/08/2000 | 113 | TRANSCRIPT filed [0-0] motion hearing for dates of 6/22/00 (ntl) (Entered: 08/14/2000) |
| 08/30/2000 | 114 | TRANSCRIPT filed [0-0] telephone conference for dates of 8/7/00 (ntl) (Entered: 08/30/2000) |
| 09/05/2000 | 115 | Letter from Andre Bouchard, Esq. to Judge McKelvie re proposal regarding the structuring of contact with U.S. Surgical customers by counsel for Bard. (ntl) (Entered: 09/05/2000) |
| 09/19/2000 | | Tele-conference held; rprtr. K. Maurer (ntl) (Entered: 09/20/2000) |
| 09/20/2000 | 116 | Steno Notes for 9/19/00; rprtr. K. Maurer (ntl) (Entered: 09/20/2000) |
| 09/21/2000 | 117 | REVISED SCHEDULING ORDER setting Pretrial conference for 3:00 10/10/00 ; Trial Date Deadline (6 day jury) 9:00 10/27/00 ; ( signed by Judge Roderick R. McKelvie ) copies to: cnsl. (ntl) (Entered: 09/21/2000) |

| | | |
|---|---|---|
| 10/05/2000 | 118 | ==Proposed pre-trial order filed by C.R. Bard Inc., Davol Inc., U S Surgical Corp. {SEALED} (ntl) (Entered: 10/06/2000)== |
| 10/05/2000 | 119 | Proposed Voir dire questions by C.R. Bard Inc., Davol Inc. (ntl) (Entered: 10/06/2000) |
| 10/05/2000 | 120 | Agreed Upon Proposed Jury instructions by C.R. Bard Inc., Davol Inc., U S Surgical Corp. (ntl) (Entered: 10/06/2000) |
| 10/05/2000 | 121 | Proposed Jury instructions by C.R. Bard Inc., Davol Inc. (ntl) (Entered: 10/06/2000) |
| 10/05/2000 | 122 | Proposed Verdict Sheet filed by C.R. Bard Inc., Davol Inc. (ntl) (Entered: 10/06/2000) |
| 10/05/2000 | 123 | Proposed Voir dire questions by U S Surgical Corp. (ntl) (Entered: 10/06/2000) |
| 10/05/2000 | 124 | Proposed Preliminary Jury instructions by U S Surgical Corp. (ntl) (Entered: 10/06/2000) |
| 10/05/2000 | 125 | Proposed Jury instructions by U S Surgical Corp. (ntl) (Entered: 10/06/2000) |
| 10/05/2000 | 126 | Proposed Verdict Sheet filed by U S Surgical Corp. (ntl) (Entered: 10/06/2000) |
| 10/05/2000 | 127 | CERTIFICATE OF SERVICE by C.R. Bard Inc., Davol Inc. re report of Keith William Millikan, M.D. concerning the expert report of John D. Corbitt, M.D. (ntl) (Entered: 10/06/2000) |
| 10/10/2000 | | Pre-trial conference held; rprtr. V. Gunning (ntl) (Entered: 10/10/2000) |
| 10/12/2000 | 128 | TRANSCRIPT filed [0-0] pre-trial conference for dates of 10/10/00 (ntl) (Entered: 10/12/2000) |
| 10/13/2000 | 129 | CERTIFICATE OF SERVICE by C.R. Bard Inc., Davol Inc. re 2nd suppl. expert report of Marion B. Stewart. (ntl) (Entered: 10/13/2000) |
| 10/20/2000 | 130 | Letter from Andre Bouchard, Esq. to Judge McKelvie re evidentiary issue and motion in limine. (ntl) (Entered: 10/23/2000) |
| 10/24/2000 | 131 | Letter from Jack Blumenfeld, Esq. to Judge McKelvie re pretrial issues. (ntl) (Entered: 10/24/2000) |
| 10/25/2000 | | Status conference held; rprtr. V. Gunning (ntl) (Entered: 10/25/2000) |
| 10/26/2000 | 132 | Letter from Judge McKelvie to counsel re proposed preliminary jury instructions. (ntl) (Entered: 10/26/2000) |
| 10/26/2000 | 133 | Letter from Andre Bouchard, Esq. to Judge McKelvie encl. revised preliminary jury instructions. (ntl) (Entered: 10/26/2000) |
| 10/27/2000 | | Jury trial held (day 1); rprtrs. Maurer/Gaffigan (ntl) (Entered: 10/27/2000) |
| | | |

| | | |
|---|---|---|
| 11/06/2000 | 150 | TRANSCRIPT filed [146-1] jury verdict for dates of 11/3/00 (ntl) (Entered: 11/06/2000) |
| 11/06/2000 | 151 | TRANSCRIPT filed [0-0] jury trial for dates of 10/27/00 (ntl) (Entered: 11/06/2000) |
| 11/06/2000 | 152 | TRANSCRIPT filed [0-0] jury trial for dates of 10/30/00 (ntl) (Entered: 11/06/2000) |
| 11/06/2000 | 153 | TRANSCRIPT (partial) filed [0-0] jury trial for dates of 10/30/00 {SEALED}. (ntl) (Entered: 11/06/2000) |
| 11/06/2000 | 154 | TRANSCRIPT filed [0-0] jury trial for dates of 10/31/00 (ntl) (Entered: 11/06/2000) |
| 11/06/2000 | 155 | TRANSCRIPT filed [0-0] jury trial for dates of 11/1/00 (ntl) (Entered: 11/06/2000) |
| 11/06/2000 | 156 | TRANSCRIPT (partial) filed [0-0] jury trial for dates of 11/2/00 {SEALED}. (ntl) (Entered: 11/06/2000) |
| 11/13/2000 | 157 | RENEWED MOTION by U S Surgical Corp. for Judgment as a Matter of Law , and for New Trial (ntl) (Entered: 11/14/2000) |
| 11/14/2000 | 158 | Steno Notes for 10/27/00 to 11/3/00; rprtr. K. Maurer (ntl) (Entered: 11/14/2000) |
| 11/16/2000 | 159 | ORDER re lunch for jury on 11/3/00 ( signed by Judge Roderick R. McKelvie ) copies to: financial admin. (ntl) (Entered: 11/17/2000) |
| 12/08/2000 | 160 | STIPULATION with proposed order governing post-trial submissions. (ntl) (Entered: 12/08/2000) |
| 12/12/2000 | | So Ordered granting [160-1] stipulation ( signed by Judge Roderick R. McKelvie ) Notice to all parties. (ntl) (Entered: 12/12/2000) |
| 12/12/2000 | 161 | Opening Brief Filed by U S Surgical Corp. [157-1] motion for Judgment as a Matter of Law - Answer Brief due 1/15/01, [157-2] motion for New Trial - Answer Brief due 1/15/01 {SEALED}. (ntl) (Entered: 12/12/2000) |
| 12/12/2000 | 162 | Appendix to Brief Filed by U S Surgical Corp. Appending [161-1] opening brief {SEALED}. (ntl) (Entered: 12/12/2000) |
| 12/13/2000 | 163 | MOTION by C.R. Bard Inc., Davol Inc. for entry of a permanent injunction, an award of enhanced damages, an award of attornys' fees, and an award of post-verdict damages (ntl) (Entered: 12/13/2000) |
| 12/13/2000 | 164 | Opening Brief Filed by C.R. Bard Inc., Davol Inc. [163-1] motion for entry of a permanent injunction, an award of enhanced damages, an award of attornys' fees, and an award of post-verdict damages {SEALED}. (ntl) (Entered: 12/13/2000) |
| 01/16/2001 | 165 | STIPULATION with proposed order re reply briefs in support of pending post-trial motions due 2/6/01. (ntl) (Entered: 01/16/2001) |
| 01/16/2001 | 166 | Answer Brief Filed by U S Surgical Corp. [163-1] motion for entry of a |

| | | |
|---|---|---|
| | | permanent injunction, an award of enhanced damages, an award of attornys' fees, and an award of post-verdict damages {SEALED}. (ntl) (Entered: 01/16/2001) |
| 01/16/2001 | 167 | Appendix to Brief Filed by U S Surgical Corp. Appending [166-1] answer brief {SEALED}. (ntl) (Entered: 01/16/2001) |
| 01/16/2001 | 168 | Answer Brief Filed by C.R. Bard Inc., Davol Inc. [157-1] motion for Judgment as a Matter of Law - Reply Brief due 1/23/01, [157-2] motion for New Trial - Reply Brief due 1/23/01 {SEALED}. (ntl) (Entered: 01/17/2001) |
| 01/17/2001 | | So Ordered granting [165-1] stipulation ( signed by Judge Roderick R. McKelvie ) Notice to all parties. (ntl) (Entered: 01/17/2001) |
| 02/06/2001 | 169 | Reply Brief Filed by C.R. Bard Inc., Davol Inc. [163-1] motion for entry of a permanent injunction, an award of enhanced damages, an award of attornys' fees, and an award of post-verdict damages {SEALED}. (ntl) (Entered: 02/07/2001) |
| 02/06/2001 | 170 | Reply Brief Filed by U S Surgical Corp. [157-1] motion for Judgment as a Matter of Law, [157-2] motion for New Trial {SEALED}. (ntl) (Entered: 02/07/2001) |
| 02/06/2001 | 171 | Appendix to Brief Filed by U S Surgical Corp. Appending [170-1] reply brief {SEALED}. (ntl) (Entered: 02/07/2001) |
| 02/06/2001 | 172 | Letter from Andre Bouchard, Esq. to Judge McKelvie re request for oral argument on all post-trial motions. (ntl) (Entered: 02/07/2001) |
| 03/07/2001 | | Motion hearing held; rprtr. V. Gunning (ntl) (Entered: 03/08/2001) |
| 03/08/2001 | 173 | TRANSCRIPT filed [0-0] motion hearing for dates of 3/7/01 (ntl) (Entered: 03/08/2001) |
| 03/14/2001 | 174 | Letter from Jack Blumenfeld, Esq. to Judge McKelvie re Bard v. ACS. (ntl) (Entered: 03/14/2001) |
| 03/19/2001 | 175 | Letter from Andre Bouchard, Esq. to Judge McKelvie re response to Bard's letter to the Court dated 3/14/01. (ntl) (Entered: 03/20/2001) |
| 04/23/2001 | 176 | NOTICE of withdrawal of Michael R. Graif, Esq. as attorney admitted pro hac vice for U S Surgical Corp. (ntl) (Entered: 04/23/2001) |
| 04/23/2001 | 177 | NOTICE of change of firm and address of Eric Lobenfeld, Esq. and Drew Wintringham, Esq. for U S Surgical Corp. (ntl) (Entered: 04/23/2001) |
| 06/07/2001 | 178 | Letter from Andre Bouchard, Esq. to Judge McKelvie re Tyco's agreement to acquire C.R. Bard. (ntl) (Entered: 06/07/2001) |
| 08/02/2001 | 179 | STIPULATION with proposed order regarding stay of proceedings. (ntl) (Entered: 08/03/2001) |
| 08/02/2001 | 180 | Letter from Andre Bouchard, Esq. to Judge McKelvie re D.I. 179. (ntl) |

| | | |
|---|---|---|
| 01/13/2003 | 191 | Letter dated 1/13/03 to Judge Jordan by Andre G. Bouchard, representing Deft, in response to letter [DI# 190], Re: Pending post-trial motions. (rwc) (Entered: 01/14/2003) |
| 01/13/2003 | | Deadline updated per calendar ntc; set Telephone Conference for 10:30 on 1/16/03 (rwc) (Entered: 01/14/2003) |
| 01/16/2003 | | Tele-conference held (J. Jordan); rprtr. K. Maurer (ntl) (Entered: 01/16/2003) |
| 01/16/2003 | 192 | Steno Notes filed by Ct Rptr K. Maurer for teleconference held on 1/16/03. (rwc) (Entered: 01/17/2003) |
| 01/17/2003 | | Deadline updated; Motion Hearing (oral argument) set for 10:00 on 3/7/03 for [163-1] motion for entry of a permanent injunction, an of enhanced damages, an award of attornys' fees, and an award of post-verdict damages; and for [157-1] motion for Judgment as a Matter of Law; and for [157-2] motion for New Trial (rwc) (Entered: 01/20/2003) |
| 01/17/2003 | 193 | ORDER, set Opening Brief Deadlines to 1/31/03 re: [163-1] motion for entry of a permanent injunction, an award of enhanced damages, an award of attornys' fees, and an award of post-verdict damages, 1/31/03 re: [157-1] motion for Judgment as a Matter of Law, 1/31/03 re: [157-2] motion New Trial ; set Answer Brief Deadlines to 2/21/03 re: [163-1] motion for entry of a permanent injunction, an of enhanced damages, an award of attornys' fees, and an award of post-verdict damages, 2/21/03 re: [157-1] motion for Judgment as a Matter of Law, 2/21/03 re: [157-2] motion for New Trial , and set Reply Brief Deadlines to 2/28/03 re: [163-1] motion for entry of a permanent injunction, an award of enhanced damages, an award of attornys' fees, and an award of post-verdict damages, 2/28/03 re: [157-1] motion for Judgment as a Matter of Law, 2/28/03 re: [157-2] motion for New Trial . The Court will hold oral argument (2-hrs) on 3/7/03 at 10:00 a.m. ( signed by Judge Kent A. Jordan ) copies to: cnsl. (rwc) (Entered: 01/20/2003) |
| 01/31/2003 | 194 | Supplemental Opening Brief Filed by C.R. Bard Inc., Davol Inc., in support of [163-1] motion for entry of a permanent injunction, an award of enhanced damages, an award of attornyes' fees, and an award of post-verdict damages - Answer Brief due 2/14/03. (SEALED). (rwc) (Entered: 02/03/2003) |
| 01/31/2003 | 194 | Supplemental Answer Brief Filed by C.R. Bard Inc., Davol Inc., in opposition to [157-1] motion for Judgment as a Matter of Law - Reply Brief due 2/7/03, and [157-2] motion for New Trial - Reply Brief due 2/7/03. (SEALED). (rwc) (Entered: 02/03/2003) |
| 02/24/2003 | 195 | Answering Brief (Reply Brief) Filed by U S Surgical Corp. in support of [157-1] motion for Judgment as a Matter of Law, and [157-2] motion for New Trial. (SEALED). (rwc) (Entered: 02/24/2003) |
| 02/24/2003 | 195 | RESPONSE by U S Surgical Corp., in opposition to [194-1] Pltf's Supplemental Answer brief. (SEALED). (rwc) (Entered: 02/24/2003) |
| | | |

| | | |
|---|---|---|
| 02/24/2003 | 196 | AFFIDAVIT of Alyssa Dassa, filed by U S Surgical Corp. Re: [195-1] opposition response, [195-1] reply brief. (SEALED). (rwc) (Entered: 02/24/2003) |
| 02/24/2003 | 197 | Notice of Deficiency from the court to defendant U S Surgical Corp., Re: No original signature on DI#196. (rwc) (Entered: 02/25/2003) |
| 03/03/2003 | 198 | Supplemental Reply Brief Filed by C.R. Bard Inc., Davol Inc., in support of [163-1] motion for entry of a permanent injunction, an award of enhanced damages, an award of attornys' fees, and an award of post-verdict damages. (SEALED). (rwc) (Entered: 03/03/2003) |
| 03/03/2003 | 198 | Supplemental Answer Brief Filed by C.R. Bard Inc., Davol Inc., in further opposition to [157-1] motion for Judgment as a Matter of Law, [157-2] motion for New Trial. (SEALED). (rwc) (Entered: 03/03/2003) |
| 03/04/2003 | 199 | MOTION by U S Surgical Corp., with Proposed Order for Ernest Yakob to Appear Pro Hac Vice re: [199-1] motion (rwc) (Entered: 03/05/2003) |
| 03/05/2003 | | So Ordered granting [199-1] motion for Ernest Yakob to Appear Pro Hac Vice ( signed by Judge Kent A. Jordan ) Notice to all parties. (rwc) (Entered: 03/06/2003) |
| 03/07/2003 | | Motion hearing held; Judge Jordan presiding, re: [163-1] motion for entry of a permanent injunction, an award of enhanced damages, an award of attorneys' fees, and an award of post-verdict damages; and [157-1] motion for Judgment as a Matter of Law; and for [157-2] motion for New Trial. The Court reserved its decision on above. (Ct Rptr V. Gunning). (rwc) (Entered: 03/11/2003) |
| 03/13/2003 | 200 | TRANSCRIPT filed by Ct Rptr V. Gunning, Re: motion hearing held 3/7/03 before Judge Jordan. (rwc) (Entered: 03/13/2003) |
| 03/13/2003 | 201 | Letter dated 3/13/03 to Judge Jordan by Jack B. Blumenfeld, Esq., enclosing copy of slide presentation, Re: 3/7/03 Hearing on post-trial motions. (rwc) (Entered: 03/13/2003) |
| 03/19/2003 | | **Terminated past due deadlines (rwc) (Entered: 03/19/2003) |
| 04/08/2003 | 202 | ORDER, set Telephone Conference for 8:30 on 4/25/03 to discuss scheduling mediation. ( signed by Judge Mary P. Thynge ) copies to: cnsl. (rwc) (Entered: 04/08/2003) |
| 04/16/2003 | 203 | ORDER - (1) denying [157-1] motion for Judgment as a Matter of Law, and denying [157-2] motion for New Trial; (2) granting [163-1] motion for entry of a permanent injunction, an award of enhanced damages, an award of attorneys' fees, and an award of post-verdict damages; (3) the parties shall submit their positions on post-verdict damages w/in 4-weeks; and (4) the parties shall submit proposed form of permanent injunction w/in 4-weeks. ( signed by Judge Kent A. Jordan ) copies to: cnsl. (rwc) (Entered: 04/17/2003) |
| 04/16/2003 | 204 | MEMORANDUM OPINION - in support of Order [DI# 203]. ( signed by Judge Kent A. Jordan ) copies to: cnsl. (rwc) (Entered: 04/17/2003) |

| | | |
|---|---|---|
| 04/29/2003 | 205 | ORDER, set Mediation Conference for 10:00 on 7/16/03. Parties shall submit Mediation Statement directly to chambers by 7/7/03. ( signed by Judge Mary P. Thynge ) copies to: cnsl. (rwc) (Entered: 04/29/2003) |
| 05/05/2003 | | **Terminated deadlines (rwc) (Entered: 05/05/2003) |
| 05/14/2003 | 206 | Proposed Measure of Post-Verdict Damages and Form of Injunction filed by U S Surgical Corp. (SEALED). (rwc) (Entered: 05/15/2003) |
| 05/14/2003 | 207 | AFFIDAVIT of James Donahue filed by U S Surgical Corp., in support of [206-1] Proposed Measure of Post-Verdict Damages. (SEALED). (rwc) (Entered: 05/15/2003) |
| 05/14/2003 | 208 | Supplemental Memorandum in support of Post-Verdict Requests for Entry of a Permanent Injunction and for a Final Award of Damages and Attorneys' Fees. Filed by C.R. Bard & Davol Inc. (SEALED). (rwc) (Entered: 05/15/2003) |
| 05/14/2003 | 209 | Declaration of John E. Nilsson filed by C.R. Bard Inc., Davol Inc., in support of [208-1] Supplemental Memorandum in support of Post-Verdict Requests for Entry of a Permanent Injunction and for a Final Award of Damages and Attorneys' Fees (SEALED). (rwc) (Entered: 05/15/2003) |
| 05/15/2003 | 210 | Letter from Karen Pascale, Esq. to Clerk re original affidavit of James Donohue (D.I. 207). (ntl) (Entered: 05/15/2003) |
| 07/16/2003 | 211 | ORDER, set Status Conference for 8:30 on 8/6/03 ( signed by Judge Mary P. Thynge ) copies to: cnsl. (rwc) (Entered: 07/17/2003) |
| 07/22/2003 | 212 | STIPULATION with proposed order for Sixty-Day Stay of Proceedings. (rwc) (Entered: 07/22/2003) |
| 08/04/2003 | | So Ordered granting [212-1] Stipulation for a Sixty-Day Stay ( signed by Judge Kent A. Jordan ) Notice to all parties. (rwc) (Entered: 08/04/2003) |
| 08/05/2003 | 213 | ORDER, reset Status Conference for 8:00 on 8/27/03 ( signed by Judge Mary P. Thynge ) copies to: cnsl. (rwc) (Entered: 08/05/2003) |
| 08/05/2003 | | **Terminated deadlines (rwc) (Entered: 08/05/2003) |
| 08/27/2003 | 214 | ORDER, set Telephone Conference for 8:30 on 9/23/03 to discuss status of negotiations. ( signed by Judge Mary P. Thynge ) copies to: cnsl. (rwc) (Entered: 08/27/2003) |
| 09/02/2003 | | **Terminated past due deadlines (rwc) (Entered: 09/02/2003) |
| 10/06/2003 | | **Terminated teleconference deadlines (rwc) (Entered: 10/06/2003) |
| 10/09/2003 | 215 | ORDER, that the parties shall file a Joint Status Report by 10/24/03. set Status Report deadline to 10/24/03 ( signed by Judge Kent A. Jordan ) copies to: cnsl. (rwc) (Entered: 10/09/2003) |
| 10/24/2003 | 216 | JOINT STATUS REPORT filed by C.R. Bard Inc., Davol Inc., U S Surgical Corp. (rwc) (Entered: 10/27/2003) |