**ORIGINAL**

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

July 12, 2006

Jack B. Blumenfeld
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
Email: jbbefiling@mnat.com

RE:   C.R. BARD INC. and DAVOL INC., v. UNITED STATES SURGICAL
      CORP.
      Civ. No.: 99-286 KAJ

Dear Counsel:

   Pursuant to the Order entered on 7/10/06  by the Honorable Kent A. Jordan, the following documents are herewith being returned to you:

ITEMS:    44, 47, 71, 72, 74, 104, 118, 164, 168, 169, 194, 198, 208, & 209.

   A copy of the signed acknowledgment has been attached for your records.

Sincerely,

Peter T. Dalleo, Clerk

By: _____

   I hereby acknowledge receipt of the above mentioned documents on _____JUL 1 2 2006_____.

_____
Signature