OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

July 12, 2006

Andre G. Bouchard
Bouchard, Margules & Friedlander, P.A.
222 Delaware Avenue Suite 1400
Wilmington, DE 19801
(302) 573-3500
Email: abouchard@bmf-law.com

RE:  C.R. BARD INC. and DAVOL INC., v. UNITED STATES SURGICAL CORP.
     Civ. No.: 99-286 KAJ

Dear Counsel:

Pursuant to the Order entered on 7/10/06 by the Honorable Kent A. Jordan, the following documents are herewith being returned to you:

ITEMS:   39, 46, 64, 65, 76, 77, 82, 83, 161, 162, 166, 167, 170, 171, 195, 196, 196, 206, and 207.

A copy of the signed acknowledgment has been attached for your records.

Sincerely,

Peter T. Dalleo, Clerk

By: *Ron Golden*

I hereby acknowledge receipt of the above mentioned documents on 7/20/06.

_____
Signature